## SPALDING v. DUNLAP.

ACTION of account for a certain note given by Abraham Shepard, for £100, in the name and favor of the plaintiff, which the defendant received to account for.

Plea — That the defendant is not bailiff, and receiver of the plaintiff, etc. Issue to the court. The note appeared to be a note given to the selectmen of the town to and for the use and benefit of the plaintiff by name. The question was, whether this proved the issue.

Judgment — That the defendant is bailiff and receiver to the plaintiff, and that he do account. The interest is the plaintiff's, and a recovery by the plaintiff will be pleadable in bar of any action, the selectmen may bring for the same cause in their names.